UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

S&S INNOVATIONS CORP.,

     Plaintiff,                            Hon. Paul L. Maloney

v.                                    Case No. 18-cv-1377

UUSI, LLC, et al.,

     Defendants,

_____/

**ORDER**

On July 17, 2020, Defendants filed with the Court their Responses to Plaintiff's First Request for Admission.  (ECF No. 41).  The purpose of this filing is unknown. The Court's local rules prohibit the filing of discovery responses, allowing only the filing of proofs of service.  *See* W.D. Mich. L.Civ.R. 5.3(a).  Accordingly, Defendants' Responses to Plaintiff's First Request for Admission is hereby **STRICKEN** from the record.

     **IT IS SO ORDERED**.

Date: July 23, 2020                      /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge