UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| S&S INNOVATIONS CORP., A Colorado Corporation, | Case No. 18-cv-01377 |
| | Honorable Hala Y. Jarbou |
| Plaintiff, | |
| v. | Magistrate Phillip J. Green |
| UUSI, LLC, d/b/a Nartron, a Michigan Limited Liability Company, TATTLER HOME PRODUCTS, LLC, a Michigan Limited Liability Company, and NORMAN RAUTIOLA, an individual. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying brief, Plaintiff, S&S Innovations Corp., asks this Court to enter an Order granting its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 against all Defendants, as to all counts of the First Amended Complaint.

Pursuant to Local Rule 7.1(d), Plaintiff's counsel certifies that they explained the nature of the motion and its legal basis to counsel for Defendants and requested, but did not obtain, concurrence in the relief sought.

Dated: September 30, 2020

KUIPER KRAEMER PC
Attorney for Plaintiff

By: /s/ Nicholas V. Dondzila
    Nicholas V. Dondzila (P73937)
BUSINESS ADDRESS AND TELEPHONE:
    180 Monroe Avenue, Suite 400
    Grand Rapids, MI 49503
    (T): (616) 454-3700

Dated: September 30, 2020				OPPENHUIZEN LAW PLC
							Attorney for Plaintiff

							By: /s/ David L. Oppenhuizen
								David L. Oppenhuizen (P70219)
							BUSINESS ADDRESS AND TELEPHONE:
								146 Monroe Center St NW
								McKay Tower, Suite 730
								Grand Rapids, MI 49503
								(T) (616) 242-9550