## LIST OF EXHIBITS

Plaintiff's First Set of Requests for Admissions to Defendants ..............................................1

August 2, 2011 Registration for TATTLER ......................................................................2

December 22, 2010 Trademark Application with picture of logo ........................................3

June 25, 2019 Registration Application for Tattler ............................................................4

December 5, 2018 US Copyright Registration ..................................................................5

1976 Newspaper Articles................................................................................................6

March 3, 2014 Stock Purchase Agreement............................................................................7

September 6, 2017 Opinion and Order ............................................................................8

March 26, 2014 Handwritten note ....................................................................................9

March 27, 2014 correspondence from Norman Rautiola to Loren Stieg................................10

March 27, 2014 THF Quote...............................................................................................11

March 28 correspondence to M. Brown from H. Huber.......................................................12

April 2, 2014 emails between J. Washeleski and Jim Smith ................................................13

April 11, 2014 Articles of Organization ..............................................................................14

October 10, 2018 trial transcript pages 187, 193, 267 .........................................................15

March 21, 2017 Deposition transcript of Norman Rautiola pages 11, 67, 68 .......................16

May 4, 2014 email from Loren Stieg to Nartron Employees ...............................................17

May 16, 2014 Customer Contact Report ............................................................................18

May 18, 2014 email from Loren Stieg to Jim Smith ...........................................................19

May 22, 2014 letter from Norman Rautiola to Loren Stieg..................................................20

May 2014 emails between Virginia Whitt, Jim Smith, Loren Stieg, and S&S customer ...... 21

June 26, 2014 email from Ace Hardware to Jim Smith .......................................................... 22

September 9, 2014 emails between S&S customers, Loren Stieg, and Nartron employees .. 23

October 11, 2018 trial transcript pps 163, 181 ..................................................................... 24

August 5, 2015 Stipulation and Order regarding Defendant S&S Innovations ..................... 25

November 4, 2016 Stipulation and Order regarding Defendant S&S Innovations ................ 26

Comparison Screenshots between Plaintiff and Defendants' Websites ................................ 27