# TABLE OF AUTHORITIES

***United States Code***

15 U.S.C. §1114 .......... 18, 28, 29, 30

15 U.S.C. §1115 .......... 31

15 U.S.C. §1116 .......... 30

15 U.S.C. §1117 .......... 19, 30

15 U.S.C. §1125 .......... 27, 28, 29, 30, 32

17 U.S.C. §101 .......... 34

17 U.S.C. §106 .......... 32, 33, 34

17 U.S.C. §410 .......... 32

17 U.S.C. §501 .......... 32

***Federal Rules of Civil Procedure***

Fed. R. Civ. Pro. 5 .......... 14

Fed. R. Civ. Pro. 36 .......... 14

Fed. R. Civ. Pro. 56 .......... 1, 14

***United States Supreme Court Cases***

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986).......... 14

*Feist Publications, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340 (1991) .......... 32, 33

***Sixth Circuit Court of Appeals Cases***

*Allard Enters v Advanced Programing Res., Inc.,* 146 F.3d 350 (6th Cir. 1998) .......... 28

*Champions Golf Club, Inc. v. The Champions Golf Club, Inc.,* 78 F.3d 1111 (6th Cir. 1996) .......... 20, 25

*Coach, Inc v Goodfellow*, 717 F.3d 498 (6th Cir. 2013) .......... 16

*Daddy's Junky Music Stores, Inc. v Big Daddy's Family Music Ctr*, 109 F. 3d 275 (6th Cir. 1997) ............ 18, 19, 21, 22, 23, 26

*Esercizio v. Roberts*, 944 F.2d 1235 (6th Cir. 1991) ............ 19

*Frisch's Restaurants, Inc. v Elby's Big Boy, Inc.*, 670 F.2d 642 (6th Cir. 1982)........ 18, 27

*Goodson v Brenan*, 688 F. App'x 372 (6th Circ. 2017) ............ 15

*Gray v Meijer, Inc*, 295 F3d 641 (6th Cir. 2002) ............ 25

*Homeowners Group, Inc., v. Home Mktg. Specialists, Inc.*, 931 F.2d 1000 (6th Cir. 1991) ............ 19, 22, 24, 25, 26, 28

*Interactive Prods Corp v a2z Mobile Office Solutions, Inc*, 326 F.3d 687 (6th Cir. 2003) ............ 16

*Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 387 F.3d 522 (6th Cir. 2004) ............ 32, 33

*Laukus v Rio Brands, Inc*, 391 F App'x 416 (6th Cir. 2010) ............ 30

*Lucas Nursery & Landscaping, Inc v Grosse*, 359 F.3d 806 (6th Cir. 2004)............ 31

*Maker's Mark Distillery, Inc. v. Diageo N. Am., Inc.*, 679 F.3d 410 (6th Cir. 2012) ............ 19, 21

*Nartron Corp v STMicroelectronics, Inc* 305 F.3d 397 (6th Cir. 2002)............ 31

*Parameter Driven Software, Inc v Mass. Bay Ins. Co*, 25 F.3d 332 (6th Cir. 1994)......... 27

*Progressive Distribution Servs v UPS, Inc,* 856 F.3d 416 (6th Cir. 2017)............ 21

*Sovereign Order of Saint John v Grady*, 119 F3d 1236 (6th Cir. 1997) ............ 27

*Therma-Scan Inc v Thermoscan, Inc*, 295 F.3d 623 (6th Cir. 2002)............ 19, 25

*Tumblebus Ins v Cranmer*, 399 F.3d 754 (6th Cir. 2005) ............ 20

*Wynn Oil Co. v. Thomas*, 839 F.3d 623 (6th Cir. 1988)............ 21

***United States District Court Cases***

*Griff Machine Products Co., v Griptron Systems, Inc.*, 1985 U.S. Dist. LEXIS 18462 (N.D. Ohio June 27, 1985) ............ 16

*Hair Associates, Inc., v. National Hair Replacement Services, Inc.*
987 F. Supp 569 (W.D. Mich. 1997) .......... 16

*Shell v Lautenschlager*, No. 1:15CV1757, 2017 U.S. Dist. LEXIS 180596, 2017 WL 4919206, at *4 (N.D. Ohio Oct. 31, 2017) .......... 15

***Michigan State Court Cases***

*UUSI, LLC v Stieg, et al.*, Case No: 16-14662-CK .......... 5

***Treaties***

2 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Computation .......... 19