# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,005,734**

**Registered Aug. 2, 2011**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

S&S INNOVATIONS, CORP (COLORADO CORPORATION)
1276 18 1 2 ROAD
FRUITA, CO 81521

FOR: PLASTIC LIDS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-6-1976; IN COMMERCE 1-6-1976.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REUSABLE CANNING LIDS" AND "THE ORIGINAL, SINCE 1976", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED TEXT "TATTLER REUSABLE CANNING LIDS THE ORIGINAL, SINCE 1976".

SER. NO. 85-203,718, FILED 12-22-2010.

ANNE FARRELL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office