# EXHIBIT 3

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 85203718
Filing Date: 12/22/2010

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| \*MARK | \\TICRS\EXPORT11\IMAGEOUT 11\852\037\85203718\xml1\ FTK0002.JPG |
| \*SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | Tattler Reusable Canning Lids The Original, Since 1976 |
| \*COLOR MARK | NO |
| \*COLOR(S) CLAIMED (If applicable) | |
| \*DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized text "Tattler Reusable Canning Lids The Original, Since 1976". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 497 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| \*OWNER OF MARK | S&S Innovations, Corp |
| \*STREET | 1276 18 1/2 Road |
| \*CITY | Fruita |
| \*STATE (Required for U.S. applicants) | Colorado |
| \*COUNTRY | United States |
| \*ZIP/POSTAL CODE (Required for U.S. applicants only) | 81521 |
| PHONE | (970) 858-3725 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |

| | |
|---|---|
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Colorado |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 020 |
| IDENTIFICATION | Plastic lids |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/06/1976 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/06/1976 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\852\037\85203718\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | digital image of product packaging currently used in commerce |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | S&S Innovations, Corp |
| FIRM NAME | S&S Innovations, Corp |
| *STREET | 1276 18 1/2 Road |
| *CITY | Fruita |
| *STATE (Required for U.S. applicants) | Colorado |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 81521 |
| PHONE | (970) 858-3725 |
| *EMAIL ADDRESS | bstieg@reusablecanninglids.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Brad Stieg/ |
| * SIGNATORY'S NAME | Brad Stieg |
| * SIGNATORY'S POSITION | |

| | |
|---|---|
| * SIGNATORY'S POSITION | President |
| * DATE SIGNED | 12/21/2010 |

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 85203718**
**Filing Date: 12/22/2010**

## To the Commissioner for Trademarks:

**MARK:** Tattler Reusable Canning Lids The Original, Since 1976 (stylized and/or with design, see mark)

The literal element of the mark consists of Tattler Reusable Canning Lids The Original, Since 1976.
The mark consists of the stylized text "Tattler Reusable Canning Lids The Original, Since 1976".
The applicant, S&S Innovations, Corp, a corporation of Colorado, having an address of
   1276 18 1/2 Road
   Fruita, Colorado 81521
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

### For specific filing basis information for each item, you must view the display within the Input Table.
   International Class 020:  Plastic lids

In International Class 020, the mark was first used at least as early as 01/06/1976, and first used in commerce at least as early as 01/06/1976, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital image of product packaging currently used in commerce.
Specimen File1

The applicant's current Correspondence Information:
   S&S Innovations, Corp
   S&S Innovations, Corp
   1276 18 1/2 Road
   Fruita, Colorado 81521
   (970) 858-3725(phone)
   bstieg@reusablecanninglids.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Brad Stieg/   Date Signed: 12/21/2010
Signatory's Name: Brad Stieg
Signatory's Position: President


RAM Sale Number: 12174
RAM Accounting Date: 12/22/2010

Serial Number: 85203718
Internet Transmission Date: Wed Dec 22 12:04:01 EST 2010
TEAS Stamp: USPTO/FTK-XXX.XX.X.XX-201012221204015301
21-85203718-47056efb1ef0adfc7ce5c5dbb975
6650a3-DA-12174-20101221151616250561

**REUSABLE CANNING LIDS**

# TATTLER

**THE ORIGINAL, SINCE 1976**

