# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office

# TATTLER

**Reg. No. 5,787,373**
**Registered Jun. 25, 2019**
**Int. Cl.: 20**
**Trademark**
**Principal Register**

S&S Innovations Corp. (COLORADO CORPORATION)
17526 7 Mile Road
Reed City, MICHIGAN 49677

CLASS 20: Plastic lids

FIRST USE 1-00-1976; IN COMMERCE 1-00-1976

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4005734

SER. NO. 88-207,674, FILED 11-27-2018



Director of the United States
Patent and Trademark Office