# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-115-949**

Effective Date of Registration:
December 05, 2018

## Title

Title of Work: Tattler Reusable Canning Lids Website

## Completion/Publication

Year of Completion: 2013

## Author

- Author: S&S Innovations Corp.
  Author Created: text, photograph(s)
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: S&S Innovations Corp.
17526 7 Mile Road, Reed City, MI, 49677, United States

## Certification

Name: David Oppenhuizen
Date: December 05, 2018
Applicant's Tracking Number: SSI-106-C

Page 1 of 1