# EXHIBIT 6

# TRAVERSE CITY RECORD-EAGLE

Two Sections, 36 Pages     Traverse City, Michigan, 49684     Monday January 19, 1976     Price 15 cents



BREAKFAST CALL — These swans and ducks gather on West Bay in Greilickville as a lone pigeon is almost late flying in for the daily feeding ritual. This early morning scene dates back to 1948 as the Robert Kaisers, 13332 W. Bay Shore Road, see to it that their feathered friends don't go hungry. The "table" first was set by Kaiser's wife in 1948 and she turned the job over to him upon his retirement in 1968. Mrs. Kaiser says the menu staples are bread, lettuce and corn with eight to nine tons of corn being used per year. The feeding usually is winter program but Mrs. Kaiser says any summer visitors are not turned away. (Record-Eagle photo by John Russell)

## Greenan faces more charges in Glen Lake school hassle

By DAVID AVERILL
Record-Eagle staff writer

GLEN LAKE — On the eve of a public hearing set for Tuesday night, a majority of the Glen Lake Community Schools Board of Education has leveled several additional charges against superintendent John Greenan.

Last week Greenan publicly replied to 37 accusations presented by the four-member board majority — Lawrence E. Gorton, president, Richard Crinion, Evangeline Stanchik and Irvin Sutherland.

The board minority — Lois Vander-Noot, secretary, Anthony Popa and Donald Novak — walked out of a Jan. 8 meeting in protest against the suspension, since have been maintaining a low profile. In his public statement Greenan, superintendent for the past three and one-half years, dismissed the charges as "petty" and "absurd." He expected to reply fully to them at Tuesday's meeting scheduled for 7 p.m.

Described at a news release and issued Saturday afternoon, the board majority's latest statement blames the entire controversy, which has aroused district residents and bitterly divided the board, upon Greenan.

They cite his refusal to quit under fire as justification for their latest accusation. The statement says:

"The fact that the superintendent refused to abide by the board's decision not to rehire him has brought about this community tragedy. Therefore the responsibility for this tragic situation rests solely upon Mr. Greenan's shoulders."

The "tragedy" alluded to refers to community discord that has arisen as the result of the board majority's attempts to oust Greenan.

"We believe the answers to the 37 items as published by Mr. Greenan are misleading, and in many instances represent a distortion in the facts," the statement says. "They fail to adequately explain or justify his actions. Those items were presented to him in at his request. Throughout this matter the paramount concern of the board has been to protect the welfare of the students, staff and community."

The board's 37 charges against Greenan add up to a blanket accusation of inefficient administration.

In his public reply, he denied all the charges and suggested that the board majority did not properly understand the relationship of a school board to educational administration.

In its latest statement, the majority takes these charges against Greenan:

• He failed to attend meetings and to research and build a file which would allow the district to profit from the experience of other school districts successful in winning confidence of the electorate.

• He failed to develop and direct a comprehensive public relations program, to seek the opinion of community leaders on major issues, and to develop ways to reach people presently lacking interest in the school.

• He has consistently refused to recognize that he is an employee, just one member of a larger team.

• He has been unwilling to accept research and innovations proved successful in other school districts, but has chosen his own predetermined opinions and objectives. This has handicapped those charged with maintaining and improving the district, the board majority said.

• He failed to support and cooperate with other administrators at the school.

• He neglected an insurance agent's request for re-appraisal of the property which would have penalized taxpayers as much as $400,000 if the high school buildings were destroyed by fire. The board majority said this was corrected at the March 20, 1975 board meeting after the agent had brought the matter to the board president's attention.

This charge, in briefer form, was number 16 on the list of 37 to which Greenan replied in a paid newspaper advertisement.

"An untrue statement," he said. "No board member or other individual warned me about inadequate fire insurance. We had recently purchased an insurance package recommended by a competent insurance agent. If any board member had other information he should have contacted the superintendent so this could be reviewed and investigated."

The board majority also said that Greenan, as top administrator, was but one member of a team, starting with the janitor, and reaching upward to himself.

They also accuse him of failing to support the millage and building fund levels, another charge Greenan says is untrue.

Differences between Greenan and the board majority began last February and surfaced publicly when the majority failed to approve his proposed contract for 1976-77 at a meeting last November. He has been working without one during the current school year.

Also at the November meeting Richard Crinion, board president, resigned. He said he felt he could no longer cope with the situation. He continued, however, to vote along with the other three members seeking Greenan's removal. Following his resignation, Lawrence E. Gorton, who had been president previously, was elected to the position.

After the November meeting, petitions were circulated in the district calling for Gorton's removal and more than 500 signatures were obtained, enough to force the issue.

A group called Concerned Citizens for Quality Education sparked the petition drive, asserting that their ire was directed against Gorton because he allegedly dominates the board.

Gorton has denied the charge.

## State of Union talk tonight

WASHINGTON (UPI) — President Ford tonight gives Congress and American voters his assessment of the State of the Union in its bicentennial year. Aides said his report would be mildly optimistic, largely philosophical and short on election-year proposals.

Ford, in a nationally televised appearance before a joint session of the House and Senate, is expected to couple predictions of steady economic growth and a drop in unemployment with a call for a Social Security tax increase and restrained federal spending to help avert new inflation.

In advance of the 9 p.m. EST speech, White House aides billed it as a basic blueprint for Ford's presidential campaign. They said he would stick to the conservative themes and go into more detail Wednesday when he sends Congress a proposed federal budget totaling about $394 billion for the 1977 fiscal year, with an anticipated $43 billion deficit.

Although administration officials ruled out any striking new policy changes, they said Ford would be making several significant recommendations in his message, including:

— A $10 billion increase of current tax cuts now scheduled to expire in July to assure continued economic improvement.

— A rise in the Social Security tax rate next Jan. 1 from 5.85 to 6.15 per cent to generate an extra $4.3 billion in revenues needed to meet the growth of benefit payments. But officials said Ford would no longer insist on a 5 per cent ceiling on cost-of-living increases for Social Security recipients.

— A revision of the Medicare program for elderly Americans that would set a $500 annual limit for hospital and nursing care and a maximum of $250 a year on doctor fees.

## Beirut fights on; premier resigns

BEIRUT, Lebanon (UPI) — Fighting flared across Lebanon today and mosques called for a Moslem uprising to save a pocket of Palestinian and leftist gunmen making a last stand against Christian forces besieging them in a Beirut slum district.

Lebanon plunged deeper into chaos following a weekend of fierce fighting that claimed at least 259 dead and more than 500 wounded and forced the resignation of Premier Rashid Karami and his seven-month-old "salvation government."

Karami, unable to stem the rampaging violence that turned Lebanon into a sprawling battlefield, told the nation "the doors to peace have now been shut."

A security bulletin said fighting subsided considerably under the shock of Karami's resignation but that clashes were still continuing around Beirut, its suburbs and throughout the countryside.

The loudspeakers on mosques that normally call Moslems to prayer took up the "holy war" cry today, calling upon "all the faithful to arise and come to the aid of our brethren" in Karantina.

Karantina is a slaughterhouse slum district in north Beirut where about 50 Palestinian guerrillas and Moslem militiamen have been making a desperate stand in a municipal garage building surrounded by Christian forces.

"They are surrounded now and it is only a matter of time before we capture them or kill them," a Christian militia spokesman said.

Christian forces killed scores of defenders in hand-to-hand combat in the Karantina district.

The climax to Lebanon's worst weekend violence came late Sunday when Karami announced his resignation after seven months of fruitless attempts to establish cease-fires that, one after another, kept collapsing.

"As God is my witness, I have tried to save this country from ruin but my efforts have been in vain," Karami announced in a faltering voice over nationwide television and radio.

"The doors to peace have now been shut. The government no longer has any effectiveness and although all my efforts have failed, I leave with a clear conscience that I have done all I could. May God save us."

His resignation followed the collapse of two cease-fires within 24 hours and a massive Christian assault on the Moslem and Palestinian slum district of Karantina in northern Beirut Sunday morning.

Thousands of shantytown dwellers fled in panic as a wind-whipped fire in a bombed-out warehouse spread across Karantina and the Christians advanced on foot and in jeeps in a hail of rocket, mortar and machinegun fire.

Christian spokesmen said between 50 and 70 leftists were killed and more than 100 captured during the day-long siege.

As word of the Karantina attack spread, trucks with loudspeakers began touring Moslem districts calling on people to take up arms and launch a Jihad (Holy war) — the Moslem equivalent of a crusade.

Palestinian guerrilla leader Yasser Arafat said he could no longer control his men and "would not be held responsible" for their actions following Karantina's fall.

## Schools closed by drifting snow

TRAVERSE CITY — Blowing winds and intermittent snow showers overnight created icy and hazardous road conditions throughout northwestern Michigan today.

Drifting snow closed many rural Grand Traverse County roads early today, resulting in a decision by school officials to close all Traverse City public and parochial schools. Several day care centers throughout the area also were closed.

Although schools in Benzie and Leelanau counties remained open today, students arrived at classes late because buses were delayed by hazardous road conditions.

While Traverse City recorded a comparatively mild low of 8 degrees overnight, other stations throughout the state reported record lows.

Temperatures were to climb back into the relatively mild teens and 20s today after one of the most frigid weekends of the century enveloped Michigan in record-setting cold.

The biting cold snapped water lines, trapped vessels on Great Lake passageways, froze nearly every moving part in automobiles left outside and resulted in fires that claimed six lives and destroyed a treasure-trove of antiques.

Before the sun rose in generally clear weather Sunday, Grand Rapids, Lansing and Detroit had new Jan. 18 records for the books. Flint's 25 below mark was the coldest ever in that city's history.

"There were a lot of cars that wouldn't start," a Kent County service station owner said. "I wouldn't want to leave the garage either if I was a car."

The good news was that the Arctic-like weather would give way today to more warmer temperatures, but there also was some bad news from the National Weather Service. It said more snow was likely.

Sunday, anyway, was a day to remember.

In Lansing, the temperature plunged to minus 25, breaking a five-year record for the date by a whopping 11 degrees and falling one degree short of equaling the record for any day in January — set in 1887.

In Detroit, the city recorded a minus 18, the coldest January day in history and the third coldest day since the National Weather Service began keeping its records 104 years ago.

The previous low for any January day in Detroit was 16, set in 1887 and tied in 1918. The lowest temperature for any date in the Motor City was minus 24 on Dec. 21, 1872.

Grand Rapids, with a minus 13, broke a coldest day record that stood for 25 years.

In Alpena, the temperature dipped to 18 below zero at 6:30 a.m., setting a new mark for the date.

Coast Guard officials in Detroit asked that the arctic icebreaker Mackinaw be dispatched from the Straights of Mackinaw to break up a jam that has plagued shipping for several days near Algonac in the St. Clair River and forced officials to close the river to navigation.

A tug and barge hauling oil to fire Detroit Edison Co. electric generators was freed by Canadian and American icebreakers after being bound in ice eight feet thick for more than 10 hours.

In the Detroit River, the Canadian freighter Frontenac was freed by a commercial tug Sunday after it was halted by ice near Fighting Island.

The cold, however, did not stop Boy Scout Troop 475 in its quest for Polar Bear Badges, acquired only by sleeping out in below-zero temperature, cooking three meals and performing routine winter camp chores.

## Child dies in Mancelona fire

MANCELONA — A small child was killed early today in a fire which gutted the Carl Helwig residence at the northwest corner of Forest and Division Streets while other members of the family apparently escaped unhurt.

The body of a girl about 5 years old was removed by firemen and taken to the R.T. Paullin Funeral Home.

Neither firemen, police nor the funeral director were able to identify the victim this morning.

Police officer Leonard McRoberts said the police department had not received a report on the fire at 10 a.m. today. The cause of the fire, identity of the victim and fate of other members of the family is still unknown by police, he said.

The 12:55 a.m. fire gutted the lower floor of the two-story home with some damage to the second floor. A village hall spokesman said the volunteer firemen spent three hours at the scene.



Loren Stieg

### Jar lids go into production

TRAVERSE CITY — Loren Stieg is about to seal his place in the canning lid industry.

Stieg, who has a small machine shop on West Silver Lake Road, is beginning production today on a plastic canning lid he has invented. The lid is different from the common metal type in that it can be re-used many times, the inventor said.

Spartan Stores have ordered a "real good order" for statewide distribution of both the large and regular sizes of the lids, Stieg said. He said the order is "in the neighborhood of" 560,000 or more of each lid size.

Jack Kroon, buyer for Spartan Stores headquarters in Grand Rapids, said he would "just as soon" not disclose the size of the order, but added that "it's going to be interesting" to see how well they sell.

Kroon said the lids are expensive compared to the metal kind, but reusable and the future should show whether the reusability makes up for the higher price.

The lids will retail for $1.49 to $1.59 per dozen, he said. The invention comes at a time when "lids are going to be in pretty short supply" as they have been for some time, the buyer said.

Local stores will also carry the new product, Stieg said.

Stieg is calling his product the "Tattler" — after the loud snap they make when they seal. The lids are used with rubber rings, like regular metal lids, which can also be re-used if they are properly handled, he said. He has been developing the lid for nearly one year.

Distribution is scheduled for either the end of this month or the first two weeks of February — Stieg is figuring on the first part of next month.

"I'm sure looking forward to getting this thing off the ground," the inventor said.

### Inside the Record-Eagle

Windy and cold tonight with periods of snow, lows mid to upper teens. Cloudy with snow Tuesday, highs low to mid 30s. Complete weather details on page 2.

Man arrested in probe of recent fire. Page 3.

Grand Traverse County was second in the state in number of oil drilling permits issued in 1975. Page 5.

Nine die on state roads over the weekend. Page 7.

Trojan Mark Brammar is honored by magazine. Page 16.

St. Francis No. 1, Benzie Central No. 1 in latest UPI ratings. Page 17.

The cholesterol controversy rages as experts disagree on its role in health. Page 21.

Classified .................. 32-33
Comics ..................... 31
Community news ........ 22, 24, 28, 29
Editorials .................. 4
Ann Landers ............... 21
Obituaries .................. 15
Sports ...................... 16-19
Television .................. 29
Weather .................... 2



Lynn Swann leads Steelers to another Super Bowl victory. Page 16.

# Newsmakers

Real Estate One has appointed two new members to their sales staff, it was announced recently.

CORINNE DREWS and FRANCIS (TUFFY) LAKE are the new salespersons.

Drews has been a full time real estate salesperson since 1972; she holds a GRI certificate and currently serves on the local multiple listing service committee, as well as being vice president of the Women's Council of Realtors. She is a former associate of Joynt Real /Estate.

Lake is a lifelong resident of the Grand Traverse area and a registered land surveyor, licensed in both Michigan and Alaska. He attended Michigan College of Mining and Technology and the University of Alaska. Lake resides in the Williamsburg area.

T. ADAIR CORRELL has recently joined the commercial and industrial division of Dick Smith and Company, Realtors.

A graduate of Traverse City High School and Michigan State University with a degree in hotel and restaurant administration, Correll has a background in resort management in California and Michigan, and prior to joining Dick Smith and Co. was involved in management consulting and publishing.

Also new with Dick Smith and Co. is JAMES F. FINEGAN.

He joined the company as an associated and consultant in the commercial-industrial division: A former officer and director of Pathmark Development Corp. and Northern Open Pantry, Inc. of Grand Rapids, he has served as director of supermarket leasing with Lanning Corporation of Grand Rapids.

Finegan is a graduate of the University of Rhode Island.

BUD MOYER, M. Photog. Cr., of the Professional Photographic Center, will conduct a judging clinic for the Professional Photographers of Michigan during their annual state convention in Southfield.

     

Lake   Drews   Correll   Finegan   G. Nechita   V. Nechita

The clinic will familiarize the professionals there with the procedure used for judging their photographs by the Professional Photographers of America during the national convention. Accepted photographers so judged by a five-judge panel enable photographers to earn their Master of Photography degree.

GEORGE NECHITA, owner and stylist at Chez' George, Traverse City, has announced the salon's expansion, with the establishment his new uniser salon on US 31 North in Acme.

Nichita and his wife, stylist VERONICA LYNN, have recently returned form a tour of the U.S. and Canada, during which they have observed and caught up on some of the hair industry's latest techniques.

The new Chez' George salon specializes in new looks for men and women, and instruction in followup care of a new style is also offered.

George Nechita has represented the United States in an exchange of professional hairstyling talent, with Europe, while Veronica Lynn has worked as a traveling hair stylist, manager, and professional model. She is also a facial and make-up expert.

The new salon is open Monday through Saturday, as well as evenings.

One of the busiest booths in the recent Traverse City Home Show was the display of Tattler Reusable Canning Lids, developed by LOREN STIEG, owner of a local tool and die business. Used with a separate rubber ring, the plastic Tattler lid offers a solution for the home canner faced with recurring shortages of lids.

The new lid went on sale in local stores March 12 to coincide with its introduction at the home show. Shipments to stores throughout Michigan commenced March 15, to be followed by shipments to stores in Ohio, Indiana and Illinois.

"We are going to proceed cautiously with our distribution so as to be sure we can supply the needs of our customers throughout the canning season," Stieg says. "We don't want to get people excited over our lid and then let them down when they need it the most," he added.

Stieg projects a volume of $1,000,000 for the year. "This is less than 1% of the total market, but nevertheless, a nice addition to the industrial base of Traverse City," he commented.

The Tattler lid is higher in price than the single use metal lids. But visitors to the home show, as judged by their comments, according to Stieg, were nearly unanimous that the reusable qualities of the Tattler lids and rings were well worth the initial investment.

## Business news

### Post Office to accept applications

A register of eligibles from which future sub rural carrier vacancies in the Traverse City Post Office will be filled is not being established.

Applications are being accepted and examinations will be given beginning today, with a midnight, March 31 deadline.

Applicants must be citizens of or owe allegiance to the United States of American or have been accorded permanent resident alien status in the United States. The general age requirement is 18 years, or 16 years for high school graduates, except for those for whom age limits are waived. There generally is no maximum age limit.

Consideration to fill these positions will be made of the highest eligibles on the register who are available; all qualified applicants will receive consideration for employment without regard to race, religion, color, national origin, sex, political affiliations, or any other non-merit factor.

Form 2479-AB must be submitted to postmaster R.G. DeVries by all applicants.

### Mineral Management moves

Mike Hoey of Mineral Management Services, Traverse City, has announced that his service has moved to its permanent new offices.

Although the telephone number will remain the same, the service is now located in the Core Professional Center, 733 E. Eighth Street, suite A-B.

The Mineral Management Service includes oil and gas well/mineral rights appraisals, lease negotiations, financial consulting, tax planning, and related services.

### Small business film available

"Hey, We're in Business," a new IRS film highlighting tax law rights and responsibilities for owners of small businesses, is now available for civic, business, fraternal, and other community groups.

Copies of the film can be obtained by these groups, free of charge, from the Internal Revenue Service, Public Affairs Office, PO box 84, Detroit, MI, 48321.

### North Central begins priority express

Shippers can now send goods on a flight of their choosing by using North Central Airlines' new Priority Air Express service.

To use the service, the shipper reserves space on a designated flight at the time his cargo is given to the airline. This service is available for all air shipments which originate and terminate at any of the 90 cities served by North Central.

### Real Estate courses offered

Two specialized courses in real estate appraisal at Oakland University, Rochester, Mi. are planned for May 16 through 28 by The American Institute of Real Estate Appraisers.

Information and enrollment forms may be obtained from the Director of Education, American Institute of Real Estate Appraisers, 155 E. Superior Street, Chicago, Ill. 60611.



## Sylvia Porter
### Bumped!

*(Second of two columns)*
*(Field Newspapers columnist)*

Have you ever been "bumped" by an airline — Meaning left on the ground because the airline that had sold and confirmed a ticket to you had given your seat to someone else? If so, you probably were not only infuriated, but also at a loss on how to retaliate and to make sure you are not bumped again.

A first warning: do not leave the check-in area. Airline personnel must give you a written statement of the Civil Aeronautics Board's provisions for so-called denied boarding compensation immediately after you have been denied boarding for whatever reason. And the airline must offer you compensation for the denial of boarding if you meet the conditions for eligibility outlined in yesterday's column.

A second warning: don't walk away and try to make your own arrangements. CAB regulations state that the airline must pay you the money for denied boarding compensation within 24 hours. If you have not received the payment within that time period, you have 45 days to file a claim. Since the airline is required to keep its ticket records for only three months, you may not get the money due you if you delay.

Here are other key ways to minimize the aggravation of getting bumped — a "misery" which will strike hundreds of thousands of us in the peak of air travel season directly ahead:

* Don't depend on an oral confirmation, and do ask for the name of the reservations agent who confirms your flight. In theory, an oral confirmation is as good as a written one, but airlines have been known to protest there is "no record of your reservation" in the computer.

Airlines can refuse either to issue a ticket or to offer "denied boarding compensation" to passengers who put off getting their tickets until they arrive at the airport.

* Try to claim your reservations by paying for and collecting your ticket well ahead of your departure time in peak travel periods such as Easter, Memorial Day, Labor Day, etc. This does not prevent you from changing your arrangements or turning in your ticket later.

* Meet the required minimum check-in time. On domestic flights, this is usually 20 to 30 minutes before departure. On international flights, it usually is longer.

* Be sure to inquire about reconfirmation — and, whether required or not, it's always good practice to reconfirm. At peak travel times, after stopovers, in connection with many international flights, reconfirmation is often required. If you fail to reconfirm when it is mandatory, and you are bumped, you are not eligible for denied boarding compensation.

* After you've checked in, be careful your goodbyes to family and friends don't make you late at the departure gate. Your luggage may wind up in Los Angeles while you're still at Kennedy.

* Allow adequate time to get through the security clearance checkpoints. At peak travel hours, the line to major airports at these terminal areas can be unbearably slow... and long.

As for how to avoid being bumped in the first place, the gossip is that airline employes are inclined to pick for bumping the passengers least likely to be inconvenienced. So, protest that you're being met by important people who must escort you to your destination by a specified deadline. Plead that you will lose your prepaid hotel reservation and you may sue. Point out that you are flying on an emergency schedule to see an ailing and elderly relative.

Heed well the general guideline that the first ticketed is usually the last bumped.

If all else fails, demand a copy of the airline's rules concerning the way it selects passengers for bumping. The CAB requires that these rules by available from U.S. (but not foreign) carriers. If an airline employe is forced to note a bumping mistake that can leave the carrier vulnerable, there is far less likelihood that you will be the passenger bumped.

If you have a complaint, submit it in writing to the Office of Consumer Affairs, Civil Aeronautics Board, Washington, D.C. 20428. Transportation analysts review every complaint and contact the airline to request that the company settle the matter promptly and report back to the CAB on the action taken.

---

**SPRING'S HERE, MAWBY'S OPEN**

**U.S. No. 1 Michigan Potatoes**
10 Lb.
**89¢**

**New Crop Maple Syrup**
**$3.75** Qt.

**Fresh Pressed Apple Cider**
**$1.00** gal. (your container)
**$1.25** gal. (our container)

**Red Delisious Apples**
Utility Grade
**$1.00** Half Bu.

**Ida Red Apples**
U.S. Fancy
**$2.45** Half Bu.

**MAWBY'S GREENHOUSE**
Flowering Impatiens .... 3" Pots
Plumosa Fern ....... 2¼" Pots
Coleus ............. 3" Pots
Wax Begonias ....... 3" Pots
**50¢** Each or **3 for $1.00**
Any Combination
Seeds, Peat Pots, Planting & Potting Soils

**Onion Sets**
**69¢** Lb.
or
**3** Lb. **$1.95**

Advertised Prices Good Through March 25

*Quality Produce at Reasonable Prices*



**MAWBY FARM MARKET**

2 Miles South of Suttons Bay on M-22
Open 7 days a week 10 a.m. 6 p.m. Phone 271-3028

The Record-Eagle, Traverse City, Mich. 49684     Tuesday, June 1, 1976     Page 23

## Free enterprise

### Potatoes, pourer are Products of Year

GRAND RAPIDS — Loren Stieg of Traverse City, inventor of the Tattler reusable plastic canning lid, received a regional award at the May 19 Michigan Week Consumer and Non-Consumer Product of the Year contests held at Grand Rapids.

He was one of five winning regional entries in the Consumer category this year. The others were Yoplait Yogurt, a French recipe yogurt made by Michigan Brand Food, Osceola County; Tabor Hill Vidal Blanc Wine, made with European grapes grown in Michigan by Tabor Hill Vineyard and Winecellar, Inc., Berrien County; Win Schuler's Bar Scheeze, a now widely distributed cheese product, Calhoun County; and Roof Vent Pipe Shield, to prevent leaks around roof vents, invented by Frank Nievelt of Oakland County.

In the Non-Consumer category, winning entries were a Triangle Chair Series, Stow-Davis Furniture Co., Kent County; "All About Manners" a film program for mentally retarded high school students, Interpretive Education, Kalamazoo County; Ball Sizer for processing raw tubing stock in the cylinder industry, Systems Unlimited, Inc., Branch County; and a Drying System for Auto Washes, quieter and more efficient than conventional ones, by Nu-Products Industries, Oakland County.

Top winners in the two categories were a thermal processed potato and a new iron pouring process for foundries. Nu-Foods of Edmore introduced a processed ready-to-eat potato product which is vacuum packed and needs no refrigeration until it is opened.

Roberts Roo-Pour Systems entered its patented automatic carousel-type iron pouring system designed to work with high production continuous running mold lines, which could eliminate the most dangerous jobs in the foundry.

Herbert G. Daverman, president of the Greater Michigan Foundation, which sponsors Michigan Week, announced the judges' decision in the downtown Home Service Auditorium of Michigan Consolidated Gas Co.

"These were difficult decisions for the judges," he said, "after much deliberation they selected the two products which they believed would have the greatest impact on consumers and industry."

## NEWSMAKERS



Former Record-Eagle editor Lee Lapensohn has been named managing editor of the New Bedford, Mass. Standard-Times, it has been announced. Editor James Ragsdale said the appointment will become effective June 7.

Lapensohn edited the Record-Eagle from June 1974 until March 1975 when two heart attacks forced him to relinquish the post. Following surgery, he transferred to the Times Herald-Record at Middletown, N.Y. All three papers are members of the Ottaway group.

ROBERT A. SUDEKUM, local sales representative for Edward Don and Company, recently attended the company's annual national sales convention at Lincolnshire, Ill.

"Professionalism In Selling" was the theme of the four-day event.

Sudekum, who has been with the firm since 1954, resides with his family in Traverse City



### Munson contractor called best

In a survey of the top 400 U.S. construction companies, the construction manager for the $9,275 addition to Munson Medical Center — McBro division of McCarthy Brothers Company of St. Louis, Mo. — has been named number one construction management firm in the country. The survey was conducted by Engineering News-Record magazine, a trade publication.

McBro division of McCarthy Brothers signed $75.8 million in new business in 1975, 22 percent greater volume then the next leading company on the lists, to take first place. McBro builds for hospitals nationwide, and currently has 19 projects underway in 14 states.

### Pinestead-Reef joins Best Western

The Pinestead-Reef motel and convention center, currently under construction in Traverse City, has announced that it has become a member of the Best Western lodging chain, a group of 1,718 independently owned and operated motels, hotels, and resorts in the U.S., Canada, Australia, New Zealand, and the Carribbean.

### TC firm named distributor

Arts Auto Electric Service of Traverse City has been named warehouse distributor for Wico Batteries.

The announcement was made recently by the Prestolite Electrical division of Eltra Corporation, Toledo, Ohio.

### Old-timers gather to talk about sales

TRAVERSE CITY — Four salesmen, 68 to 83 years of age, met recently at the Elks Lodge in Traverse City to discuss nearly 150 years of combined selling experiences in northern lower Michigan. K. L. Osieb of Anaheim, Calif. a former Traverse City resident, retired from the R. J. Reynolds Tobacco Company; Harold Hoag, Traverse City, Pillsbury Flour Co.; Wayne Rupers, Traverse City, Sonshine Biscuit Co.; and Rich Wykes, Traverse City, Kellogg Sales Co., talked of their experiences in the sales field.



**Timeless Furniture made only by Forslund**

The Forslund stereo or hi-fi cabinet, made of solid cherry in Dark Cherry or Light Buckwheat Honey finish. Visit our store soon or write for your "Timeless Furniture Made by Forslund" catalog, only $7.00

**Carl Forslund**
(Father and Three Sons)

122 FULTON, GRAND RAPIDS, MICH. 49503
OPEN ALL YEAR 6 DAYS A WEEK, MON. & FRI. EVENINGS TIL 9:00

## Wall Street

### May — just one of those months

**By ALAN ABELSON**
Dow Jones-Ottaway News Service

NEW YORK — Any month in which Muhammad Ali confesses that he ain't what he used to be, in which the New York Society of Security Analysts holds an election with two sets of candidates, in which Harold Stassen proclaims his availability for the presidency and in which a prominent congressman is caught, as it were, with his pants down, can't be all bad.

Of May's momentous events, without doubt the disclosure that Representative Wayne Hays hired, at fourteen thou a year of the taxpayers' money, a secretary who couldn't type, file or take steno has created the greatest stir.

In brief, the charge is that Miss Ray, the young woman in question, has been lying down on the job. We think the most apt description of this distressing business was rendered by Jerry Ford when he refused comment on the grounds that it was strictly a "housekeeping affair" of the Congress.

Mr. Hays probably was wise in coming around to the notion that it was better to bare all than attempt a cover-up. He was lucky, too, in that attention was diverted, at least temporarily, from his extracurricular activities by front-page suggestions that the late President Roosevelt seemingly failed to heed George Washington's advice to avoid entangling relationships.

The object of these historic intimacies, as well as allegedly of Mr. Roosevelt's affections, was Dorothy Schiff. Mrs. Schiff is a newspaper publisher who has been married four times, and, through them all, maintained her maiden name, a tenacity that moved The New Yorker to describe her admiringly as a woman who wouldn't give up the Schiff.

If we can credit the recent testimony to the tendency of past chief executives to stray beyond the matrimonial bower, we at least obtain an insight into the origins of the term "first lady" — it was devised, obviously, to distinguish the president's wife from all the rest of the president's women.

Titillating in some senses, May, nonetheless, wasn't all fun and games. For one thing, like greyhounds in baying chase of a mechanical rabbit, the political pack continued its hot pursuit of the nomination. If nothing else, June will bring a welcome end to that peculiarly American institution (take that any way you will) known as the primaries.

From here on, the pundits assure us, the struggle is for the "uncommitted" delegate vote — from which we infer that those delegates unlucky enough to already have declared themselves have been committed. And, in view of the announced choices, we'd say not entirely without reason.

Another double negative in May: Publication of novels by John Ehrlichman and Spiro Agnew. Whether fiction in this country can survive this combined assault is far from a sure thing.

## JUNE FABRIC SALE

### sportswear novelties ★ prints 'n prints

Select from the largest assortment of sportswear fabrics anywhere!
Polyesters, Acetates, Cottons & blends ★
Machine wash - Tumble dry
45" wide

**68¢ YARD**

★ The best selection of prints in town. Great for dresses & blouses.
Polyesters - Cottons - Blends
Machine wash - Tumble dry
45" wide

**99¢ YARD**

### summer prints 'n solids

HUGE SELECTION OF BETTER FABRICS!

Select from a tremendous assortment of floral prints. There's crepe, satin finish, pongee and many, many more to see.

Polyester - Nylon - Cotton/Polyester blends

Machine wash - Tumble dry - 45" wide

**$1.26 YARD**

REGULARLY $1.98 A YARD

### fancy & solid color double knits

DRESSY & SPORTY

Wide selection of styles, colors and designs including florals and novelties. Great for comfortable sportswear outfits.

Polyesters & Blends - 58" wide

Machine wash - Tumble dry

**$1.48 YARD**

REGULARLY $3.98 A YARD

## SO-FRO FABRICS
*always first quality fabrics 'n notions*

Grant City Plaza Mall
U.S. 31 S.     946-1981

**Nifty Weather Days...**

Save now on quality **LENNOX** central cooling at low pre-season prices.



OUTDOOR UNIT - quiet isolated compressor and upward discharge fan. Compact. Save now!

Call. We'll be glad to estimate a Lennox cooling system for your home.

**AXTELL CORP.**
PLUMBING & HEATING
732 S. Garfield
Traverse City    947-7150



## the Butcher Shop
in the traverse meat center

**NOTE: ALL WESTERN BEEF DIRECT FROM IOWA & COLORADO!!**

### SUMMER SPECIALS
CLIP OUR COUPON AND SAVE

**USDA CHOICE SIZZLER STEAKS**
**$14.39**
(5 Lb. Box)

**USDA CHOICE ROTISSERIE ROASTS**
**$1.37** lb.

**USDA CHOICE BONELESS RANCH STEAKS**
**$1.46** lb.

**ECKRICH FINEST GENOA SALAMI**
**$1.69** lb.

JUST SOUTH OF TOWN ON US 31 S — 946-1350

**COUPON EXPIRES SATURDAY**

**USDA CHOICE SIZZLER STEAKS**
**$14.39**
5 lb. box

THIS OFFER GOOD ONLY WITH COUPON
TRAVERSE MEAT CENTER US 31 S — 946-1350