# EXHIBIT 10


**"AMERICA'S TOP 50 INNOVATOR"**

CONFIDENTIAL

March 27, 2014

L. Steig:

    For alot of reasons, the following must take place with S&S Innovations right away.
- Manage daily the Lid business professionally/cost effectively
- Close out the legal entity of S&S
- Create a new company called Tattler Home Products Inc (LLC) and transfer assets only from S&S
- THP to have as Mgr. ; Norman Rautiola with 132 shares, 66%
- Loren Steig, Vice President (with 102 (less 34) 68 shares 34%
- Place S&S into a shell as inactive with no assets and no liabilities
- Put transfer old liquid assets into Huntington RC new account
- Signature card @ Huntington to have Loren and Norms signatures
- Tattler Home Products address is 100 North US 131, Reed City 49677
- Mothly statements for operations of THP prepared monthly for Loren and Norm by Andrea and staff
- Lorgen to be paid monthly @$8,333.00 as VP;  $100,000/yr
- Dee Steig to be paid monthly @$4,166. as Tattler Customer Services Mgr. $50,000/yr
- Annual distribution of profits to be in direct relation to ownership : 66% Norm;  Loren 34%
- No monthly payments to Norm;  only profit distribution
- Norm to immediately file for trademark protection for the name "Tattler" as applied to kitchen goods and canning lids
- Norm to provide daily operational and financial controls and conduct professional level action on all items for THP as required through Nartron facilities and personnel with actual costs attributable directly to THP.
- Atty Talaske to provide documents reflecting foregoing action to close out cororate S&S and create THP with LLC ownership of Loren and Norman
- Norm to insure prparation of monthly Operating Statements to Loren and himself by existing Nartron accounting people.

                                          *Norman Rautiola*

5000 NORTH US-131, REED CITY, MICHIGAN 49677 · 231.832.5525  Fax 231.832.3876 · www.nartron.com