# EXHIBIT 11



**Home Products**

100 North US 131
Reed City, Michigan 49677
Tel 877.747.2793

## QUOTATION

Fax:

Date: March 27, 2014

To: Accent Home Products – MTL
5151 Thimens Boul.
St. Laurent, Quebec  H4R 2C8
Canada

Effective Date: Current economics

Quotation Valid: 30 DAYS

Customer Inquiry:

Attention of: Peter Brandt

Estimate No.: T14001

Subject to all conditions on reverse side of quotation.

| Part No. | Description | Quantity Per Ship | US Funds Price @ 5,000 Dozen Units |
|---|---|---|---|
| R1DOZ | 1010-1  Regular size, Tattler Reusable Canning Lids, 1 Dozen | 6,120 | $7.30 |
| WM1DOZ | 1020-1  Wide Mouth size, Tattler Reusable Canning Lids, 1 Dozen | 6,600 | $8.94 |
| R1DOZRR | 1011  Regular size, Tattler Replacement Rubber Rings, 1 Dozen | 12,096 | $1.90 |
| WM1DOZRR | 1021  Wide Mouth size, Tattler Replacement Rubber Rings, 1 Dozen | 8,400 | $2.10 |

Note:  Price @ 10,000 Dozen Units further discount @ 4%

*If you require earlier shipment, please advise your requirements

FOB: Reed City, MI

TERMS:  On Approved Credit
½% - 10 Days, Net 30
Tooling Due at Billing Date

PACKAGING: Standard Commercial
# Standard Pack Quantity _____ pcs.

*Ship __**__ weeks after receipt of order
(If not stated, delivery is 14 weeks)

** 2,000 scheduled to ship week of 3/31/14

POSSIBLE

Remarks:  TATTLER'S AGREEMENT TO SELL THE GOODS TO BUYER IS EXPRESSLY CONDITIONAL ON BUYER'S AGREEMENT TO THESE TERMS AND CONDITIONS AND THOSE ON THE REVERSE SIDE HEREOF, AND NO ADDITIONAL OR DIFFERENT TERMS STATED IN ANY PURCHASE ORDER OR OTHER FORM UTILIZED BY BUYER SHALL BECOME PART OF THE CONTRACT FOR SALE UNLESS SPECIFICALLY AGREED TO BY TATTLER IN A WRITING SIGNED BY ITS AUTHORIZED OFFICER.

SA 1299(B)          (see reverse side)

ADMINISTRATIVE MANAGER