# EXHIBIT 14

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)

for

TATTLER HOME PRODUCTS, LLC

ID NUMBER: E4038V

received by facsimile transmission on April 11, 2014 is hereby endorsed.

Filed on April 11, 2014 by the Administrator.

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



Sent by Facsimile Transmission

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 11th day of April, 2014.*

Alan J. Schefke, Director
Corporations, Securities & Commercial Licensing Bureau

CSCL/CD-700 (Rev. 01/14)

## MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

| Date Received | (FOR BUREAU USE ONLY) | |
|---|---|---|
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. | |

| Name | | |
|---|---|---|
| Tattler Home Products, LLC | | |
| Address | | |
| 5000 North US 131 | | |
| City | State | ZIP Code |
| Reed City | MI | 49677 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

### ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies
(Please read information and instructions on reverse side)

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned executes the following Articles:*

### ARTICLE I

The name of the limited liability company is: Tattler Home Products, LLC

### ARTICLE II

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

Sale and manufacture of kitchen products.

### ARTICLE III

The duration of the limited liability company if other than perpetual is: _____

### ARTICLE IV

1. The name of the resident agent at the registered office is: Norman Rautiola

2. The street address of the location of the registered office is:

   5000 North US 131                Reed City                , Michigan    49677
   (Street Address)                 (City)                                 (Zip Code)

3. The mailing address of the registered office if different than above:

   _____          _____      , Michigan    _____
   (P.O. Box or Street Address)      (City)                             (Zip Code)

### ARTICLE V (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

This company shall be managed by its manager, Norman Rautiola.

Signed this 10th day of April 2014

By _____
(Signature(s) of Organizer(s))

Norman Rautiola
(Type or Print Name(s) of Organizer(s))