# EXHIBIT 15

STATE OF MICHIGAN

IN THE 49th CIRCUIT COURT FOR THE COUNTY OF OSCEOLA

UUSI, LLC, and NORMAN RAUTIOLA,

    Plaintiffs,

v                                              File No. 16-14662-CK

LOREN STIEG, S&S INNOVATIONS CORPORATION,

and TATTLER REUSABLE CANNING LIDS, LLC,

    Defendants.

                                                          /

JURY TRIAL

VOLUME II OF IV

BEFORE THE HONORABLE SCOTT HILL-KENNEDY, CIRCUIT JUDGE

Reed City, Michigan - Wednesday, October 10, 2018

```
 1                    (At 2:48 p.m., Defendants' Exhibit J is
 2               admitted)
 3   BY MR. WOTILA:
 4   Q    Did you cause to be opened by March 27, a bank account at
 5        Huntington Bank, in Reed City, Michigan, an account under
 6        the name of Tattler Home Products?
 7   A    I believe so.
 8   Q    And was your name on that account?
 9   A    Probably.
10   Q    And was Heather Huber's name on that account?
11   A    Probably.
12   Q    But, Mr. Stieg's name wasn't on the bank account was it?
13   A    No, he had nothing to do with Tattler Home Products.
14   Q    And, yet, they're selling the lids?
15   A    Selling lids, yes.
16   Q    Thank you.
17   A    Definitely selling lids.
18   Q    Mr. Rautiola, we've noted many times the letter sent on
19        March -- I'm sorry -- May 22, 2014, telling Mr. Stieg not
20        to come back on the premises, fair enough, May 22nd, 2014?
21   A    Yeah, I remember the letter.  I think it's right there.
22             MR. WOTILA:  Thank you. I'm going to hand you
23        what's already been marked as an exhibit.  It's been
24        marked as Plaintiffs' Exhibit, your exhibit, Number 4.
25             THE COURT:  Marked and admitted.
```

```
 1   Q    They're not being manufactured -- I'm using the word
 2        manufactured -- produced under the name of S&S
 3        Innovations, are they?
 4   A    Ask me the question again, please.
 5   Q    You continue to make the canning lids there at Nartron?
 6   A    Yes.
 7   Q    And you make them and are producing them under the name of
 8        Tattler Home Products?
 9   A    Yes.
10   Q    In 2014, did Tattler Home Products prepare, in the course
11        of business, any profit or loss statements regarding the
12        canning lids, Tattler Home Products?
13   A    We prepared, at some point, at the request of you, to
14        declare the sales and profits of that product.
15   Q    Yes.  So, let me go to the question.  In 2014, in the
16        normal course of business, were records -- was any profit
17        and loss statement produced --
18   A    No.
19   Q    -- regarding Tattler Home Products?
20   A    No.
21   Q    In 2015, were any profit or loss statements prepared at
22        the Nartron facility for the canning lids made by Tattler
23        Home Products?
24   A    No.
25   Q    In 2016, were any such documents prepared and kept in the
```

```
 1        happened?
 2   A    Wait, wait, wait.  Just because somebody -- so -- you're
 3        suggesting to your audience that there is one or two
 4        people that are the targets to sell something.  And I'm
 5        going to hire two of my own people to sell this target.
 6        And Stieg's got one target to sell.  That's not how it
 7        works, no.
 8   Q    I didn't think I said that.  Let me go ahead --
 9   A    You were suggesting that.
10   Q    -- and explain -- okay.
11   A    You're suggesting that either or.
12   Q    Let me clarify.
13   A    Either or.
14   Q    Please clarify what --
15   A    I think you are misleading.
16   Q    If I was misleading, you have the floor, please clarify
17        what I mislead you on.
18   A    What's the question?
19   Q    Didn't Mr. Stieg come to work and find out that people had
20        been hired to take his place in sales?
21   A    No.
22   Q    Didn't you --
23   A    There was nobody hired to take his place or his wife's
24        place.  But there were people hired to secure a purchase
25        order on behalf of Tattler Home Products.  Big difference.
```