# EXHIBIT 17

**Jim Smith**

| | |
|---|---|
| From: | lstieg@reusablecanninglids.com |
| Sent: | Sunday, May 04, 2014 12:04 PM |
| To: | vwitt@nartron.com |
| Cc: | Jim Smith; Heather Huber; John Washeleski |
| Subject: | Tattler comments |

Here to fore I shall personally handle and answer any and all questions and comments transpiring from 'info@reusablecanninglids.com'. If anyone has a problem with this they, including Norm, may contact me personally.
lcs


Loren C. Stieg
President & CEO
S&S Innovations Corp.
Reed City, Mich 49677
Office: 231-832-4401
Cell: 231-912-0525
e-mail: lstieg@reusablecanninglids.com
lcstieg@sbcglobal.net
www.reusablecanninglids.com

1