# EXHIBIT 18



## CUSTOMER CONTACT REPORT

*Proprietary Data – Strictly Confidential*

**Date:** May 16, 2014

**Contact by:** Jim Smith

**Company:** Tattler

**Person(s):** Loren & Dee Stieg

**Subject(s):** Tattler operations

### Details of Contact: (condensed version)

Set meeting with Loren Stieg for 10 a.m. on Friday the 16th. When I arrived at the meeting site Dee Stieg was also present.

1. Loren & Dee Stieg stated 4 times that they have 51% ownership and that will not change.

2. The additional $170k investment does not buy 66% of the ownership; the Stieg's will pay it back from the business. He has no knowledge of any email stating that the $170k was tied to "operating control".

3. If NR & Loren do not come to terms quickly, Loren will pull everything out of Nartron, but NR will get his 49% share.

4. He will not give up any of the funds in the Huntington S&S Innovation account until his name is added to the Tattler Home Products account currently held by NR and Heather.

5. Loren stated that NR told him that he would foot the bills until Tattler could become profitable again.

6. Loren never approved the name change to Tattler Home Product. NR purchased 49% of S&S Innovation dba as Tattler. Loren had a copy of the new boxes with Tattler Home Product and the Stieg name removed. Loren stated that we are not allowed to ship Tattler lids in a Tattler Home Product box.

7. Loren stated that Tattler has lost customers (both internet & retail) due to the high prices that are being re-quoted. Loren is predicting 3 years to recover.

8. Loren wants Ciera Reband removed off Tattler as he did not authorize the hire and that is something that Dee & Loren can handle. Loren stated that he has a paper from NR showing that Dee would make $50k annual and Loren would get $100K.

9. Loren will not accept any charges for JW, JS, sale, accounting and purchasing against Tattler. This is an unnecessary cost that he will not accept.

10.

(Detailed Version)

Set meeting with Loren Stieg for 10 a.m. on Friday the 16th. When I arrived at the meeting site Dee Stieg was also present. Throughout the meeting Dee was very vocal and Loren had to tell her on several occasions to be quiet so he & I (JS) could finish our conversations. The meeting was very emotional on their part which led to no resolution. Loren began the conversation by asking if I was wired, taping the meeting or had my cell phone on. I (JS) responded no. I (JS) told him that I requested permission to hold this meeting; it was not a directive by anyone else at Nartron. It was my (JS) intentions to come to some type of working agreement as it was effecting the operation of Tattler. At the end of the meeting Loren broke down and began to cry.

1. Loren & Dee Stieg stated 4 times that they have 51% ownership and that will not change.
   - The Stieg's are very upset on how this has all gone down. They (Stieg's) do not understand why NR will not sit down personally and work this out. They (Stieg's) want nothing to do with JW as they know that JW drove the pricing that resulted in loss sales. JW had no right to interfere with the operation since he has no knowledge of the business. If Loren had been allowed in the discussion the results would have been different.
   - Loren is getting calls from customers asking about the new tier pricing and he (Loren) has to tell them that he has no knowledge even though he (Loren) is the owner.

2. Loren stated that the additional $170k investment does not buy 66% of the ownership; the Stieg's will pay it back from the business. Loren has no knowledge of any email stating that the $170k was tied to "operating control".
   - I asked the question of Loren "was there any mention or emails related to the fact that Nartron would have operating control when the additional $170k was sent to CO to pay off the bills." Loren responded no, when he (Loren) found out about the additional money he (Loren) called NR and stated that he would return the $490k and let his son buy him out. NR told him (Loren) not to do that, $170k was not an issue and they (Loren & NR) would get around it.
   - It was not until NR & Loren met at Talaske's office was the mention of the $170k would be an investment into more shares of the company. Loren stated that he would never agree to losing control of Tattler.

3. If NR & Loren do not come to terms quickly, Loren will pull everything out of Nartron, but NR will get his 49% share.
   - Loren plans to pull everything out of Nartron with the exception of molding & shipping. Packing will be done at Hope Network and all administrative activity will be done at his location downtown Reed City. Loren assured me that NR would get his 49% share.

4. He will not give up any of the funds in the Huntington S&S Innovation account until his name (Loren) is added to the Tattler Home Products account currently held by NR and Heather.
   - Loren was upset about the fact that he being majority stock holder was left off the account and never received a good explanation why. I (JS) informed him that bills were stacking up for Tattler and he (Loren) has all the funds coming in. Loren questioned where all the money was going from the retail orders and I (JS) reminded him that they had 60 day terms and Tattler was still out another 30 days of receiving that money. Loren made the statement below in #5.

5. Loren stated that NR told him that he would foot the bills until Tattler could become profitable again.

6. Loren never approved the name change to Tattler Home Product. NR purchased 49% of S&S Innovation dba as Tattler. Loren had a copy of the new boxes with Tattler Home Product and the Stieg name removed. Loren stated that we are not allowed to ship Tattler lids in a Tattler Home Product box.
   - Loren stated that the new name was discussed with him and he thought was a good idea but he never officially agreed. Loren found out that the name had been trademarked by Heather with NR being the owner. Loren is upset that both names (Loren & NR) were not on the trademark. Loren stated that Nartron was not allowed to ship Tattler lids in Tattler Home Product boxes since he (Loren) has 51% ownership control the company.

7. Loren stated that Tattler has lost customers (both internet & retail) due to the high prices that are being re-quoted. Loren is predicting 3 years to recover.
   - Loren stated that the period that the prices were increased on the web site did great damage and this is why the sales are off from last year. People that came to the site and saw the increase may never return or will take time to come back. Loren was upset that he was not included in the discussion on the price change. Loren was comfortable with the prices that he (Loren) and I (JS) had talked about and then was overruled by JW. Loren again stated that JW had no authorization to change the prices without Loren knowledge. JW does not have a clue on this business and has caused the reduction in sales.

8. Loren wants Ciera Reband removed off Tattler as he did not authorize the hire and that is something that Dee & Loren can handle. Loren stated that he has a paper from NR showing that Dee would make $50k annual and Loren would get $100K.
   - JS explained to Loren that it was discussed from the very beginning that there would be 2 people hired to handle the incoming order and phone calls. Ciera was hired to fill one of those spots to relieve Virginia who was a temporary person filling that spot. JS told Loren that he was not going to remove Ciera as Nartron needed Virginia back to handle other orders.

9. Loren will not accept any charges for JW, JS, sale, accounting and purchasing against Tattler. This is an unnecessary cost that he will not accept.
   - Loren stated that he can operate the company cheaper than having all the high price people charging time to Tattler. He (Loren) will not accept any charge backs for the people called in the #9. Loren & Dee have not made a nickel since this was brought back from CO and he knows that everyone else is getting a steady paycheck. Loren stated that he was use to getting $84k a year from the business.

10.