# EXHIBIT 19

**Jim Smith**

| | |
|---|---|
| From: | lstieg@reusablecanninglids.com |
| Sent: | Sunday, May 18, 2014 10:15 PM |
| To: | Jim Smith |
| Subject: | Loren |

Jim

As stated more than once I never make snap decisions, so after careful consideration the following is my conclusion. First off I think a mutual understanding is well advised and the opening of communications is a positive indication for the good of the company and customer relations. No good can come from the present situation. Therefore the following is of absolute necessity, immediately. On Wednesday the 21st day of May, at 11:00 a.m., I need delivered to 112 S. Higbee, in Reed City, which shall henceforth be the offices of S&S Innovations, the following: File cabinets and credenza (with all files) both desks and all contents, all files on shelves, paper shredder, chairs, all three laptop computers along with power cords, and printer. These items are necessary for us to salvage S&S Innovation's, dba, Tattler Reusable Canning Lids customers relations. S&S Innovations customer service shall hence forth be conducted from the aforementioned location with employees of my choosing at a reasonable compensation. These requests are imperative for Tattler Reusable Canning Lids to survive as a profitable entity given the companies present situation at the hands of the present persons involved. <u>Cooperating with the aforementioned requests, is a direct reflection as to whether the entire production of Tattler Canning Lids remains at Nartron, the final decision of which rests with myself, or is relocated to a more productive location better suited to the best interest of the company.</u> In the best interest of this companies profitably (and survival), for both Norm and my interest, this approach is not only imperative but compulsory given the history of the recent past involvement of those attempting to handle the operation.

lcs


Loren C. Stieg
President & CEO
S&S Innovations Corp.
'TATTLER' Reusable Canning Lids
Reed City, Mich 49677
Office: 231-832-4401
Cell: 231-912-0525
e-mail: lstieg@reusablecanninglids.com
lcstieg@sbcglobal.net
www.reusablecanninglids.com

1