# EXHIBIT 20



**NARTRON CORPORATION**
the Smart Power® source

5000 NORTH US-131
REED CITY, MICHIGAN 49677

231.832.5525
Fax 231.832.3876

May 22, 2014

Loren Stein

By this writing you are advised NOT TO STEP ON OR ENTER NARTRON PREMISES under any circumstance.

Trespass is a serious offense and we will prosecute any intrusions into Nartron property.

You should deposit with the Reed City Police Department located on Lincoln Avenue the office key and the gate key that you were provided by Mr. Rautiola some time ago.

Norman Rautiola

Integrated SENSE-COMPUTE-CONTROL® Systems