# EXHIBIT 21

**Jim Smith**

From: Virginia Whitt
Sent: Thursday, May 15, 2014 10:27 AM
To: Jim Smith
Subject: FW: Re: Tattler lid order
Attachments: TattlerCreditApp.xls; TattlerOrderForm.xls

I received this message from Loren I don't know if it is in response to the email I sent him or not but how should I reply?

Thanks,

Virginia Whitt
Sales Administrator

5000 N US 131
Reed City, MI 49677

Work: (231) 832.5525 x265
Fax: (231) 832.3876
Email: vwhitt@nartron.com

-----Original Message-----
From: Loren Stieg [mailto:lcstieg@sbcglobal.net]
Sent: Thursday, May 15, 2014 10:17 AM
To: Virginia Whitt
Subject: Fw: Re: Tattler lid order

Virginia,
Orders in question. Virginia, these incidents are not your fault and I'm not blaming you. Unfortunately your job is just to jerk when the puppet master pulls the strings. I feel very badly for the conditions under which you and others have to work. If we were left alone to run the operation like it should have been from the start none of this would have been a problem. If Norm weren't afflicted by the 'little man syndrome' and be such a prick, this whole operation would not be suffering like it is. I know your are in the middle doing your best. I need to touch base with Mike, can you give me the spelling of his last name.
Thanks,
lcs

Remembering Sept. 11, 2001
L.C. Stieg
President & CEO

S&S Innovations Corp.
Mid-West Division
  TTLER Reusable Canning Lids



1

SS 00576

UUSI000067

web site: www.reusablecanninglids.com
lstieg@reusablecanninglids.com
231-832-4401
lcstieg@sbcglobal.net

- On Wed, 5/14/14, Nicole Bross <nicole@bross.ca> wrote:

> From: Nicole Bross <nicole@bross.ca>
> Subject: Re: Tattler lid order
> To: "Loren Stieg" <lcstieg@sbcglobal.net>
> Date: Wednesday, May 14, 2014, 9:17 PM I'm attaching the original
> order forms from March. Let me know if you need any more info. We
> ordered two cases of regular mouth lids, and one case of wide mouth
> lids.
>
>
> On Wed, May 14, 2014
> at 2:43 PM, Loren Stieg <lcstieg@sbcglobal.net>
> wrote:
>
> Sorry to bother you further but I am finding everything except
> specifically was ordered.
> Thank you
> lcs
> Remembering Sept.
> 11, 2001
> L.C. Stieg
> President & CEO
> S&S
> Innovations Corp.
> Mid-West Division
> TATTLER Reusable Canning Lids
>
> web
> site: www.reusablecanninglids.com
>
> lstieg@reusablecanninglids.com
> 231-832-4401
> lcstieg@sbcglobal.net
>
>       From: Nicole Bross
> <nicole@bross.ca>
>
> To: Loren
> Stieg <lcstieg@sbcglobal.net>
>
> Sent:
> Wednesday, May 14, 2014 3:36 PM

Subject: Re:

2

UUSI000068

SS 00577

```
> Tattler lid order
>,
> Hi Loren, it's 6127 Lockinvar Rd. SW
> Calgary, Alberta, Canada T3E 5X4.
>
Thanks for getting back to me,

> Nicole Bross
> On 2014-05-14 12:32 PM, "Loren Stieg"
> <lcstieg@sbcglobal.net>
> wrote:
>
>
> Nicole,Could
> you please provide me with an address. I am finding all aspects of
> your order except a 'ship to'.
>
> Thank
> you.
>
> Loren C. Stieg
>  Remembering
> Sept. 11, 2001
> L.C. Stieg
> President & CEO
>
>
> S&S Innovations Corp.
   Mid-West
   Division
> TATTLER Reusable Canning Lids
>
>
> web site: www.reusablecanninglids.com
> lstieg@reusablecanninglids.com
>
> 231-832-4401
>
> lcstieg@sbcglobal.net
>
>
>
>
>
```

3

UUSI000069

SS 00578