# EXHIBIT 23

Print | Close Window

Subject: **Re: warranty questions**
From: **Luke and Susi <lukeandsusi@gmail.com>**
Date: **Tue, Sep 09, 2014 4:15 pm**
To: **"info@reusablecanninglids.com" <info@reusablecanninglids.com>**
Attach: **image001.png**

Please send me her contact info! This is in reference to the $200 Tattler Lid order I returned and expect reimbursement for. Thank you!

On Tuesday, September 9, 2014, <info@reusablecanninglids.com> wrote:
> I have no idea what this is, but it appears you need to be in touch with Ciera Reband at Nartron
> Loren Stieg
>
> **Customer Service**
> **S&S Innovations, Corp.**
> **dba TATTLER Reusable Canning Lids**
> **209 W. Upton Ave.**
> **Reed City, MI 49677**
> **231.832.4401**
> www.reusablecanninglids.com
> www.facebook.com/reusablecanninglids
>
>
>> -------- Original Message --------
>> Subject: warranty questions
>> From: Luke and Susi <lukeandsusi@gmail.com>
>> Date: Tue, September 09, 2014 3:11 pm
>> To: info@reusablecanninglids.com
>>
>> In reference to phone conversation with Ciera Reband:
>>
>> ---------- Forwarded message ----------
>> From: **Luke and Susi** <lukeandsusi@gmail.com>
>> Date: Tuesday, September 9, 2014
>> Subject: Shipping Label
>> To: Ciera Reband <creband@nartron.com>
>>
>>
>> Hi, Ciera!
>> I am touching base with you to see about our reimbursement check that should be forthcoming to us because we returned all of the Tattler lids.
>> We discussed this several weeks ago and we are awaiting a full refund. Please call me if you have any questions.
>> My name is Susanne Schurter 309. 231.4974 and my address is 1309 West Hovey Avenue Normal Illinois 61761. Thank you and have a good day!
>> -Susanne
>>
>> On Tuesday, June 10, 2014, Ciera Reband <creband@nartron.com> wrote:
>>> Return Shipping Label attached. Please let me know if you have any questions. The refund will be issued as soon as the product is returned.

SS 00585

Thank you,

Ciera Reband
Customer Service



5000 N. US 131
Reed City, MI 49677
Ph: (970)255-7011
Fax: (231)832-3876
Email: creband@nartron.com

Copyright © 2003-2014. All rights reserved.