# EXHIBIT 25

Case 1:18-cv-01377-PLM-PJG ECF No. 20 filed 03/04/20 PageID.388 Page 6 of 12
Case 1:18-cv-01377-HYJ-PJG ECF No. 54-29 filed 09/30/20 PageID.842 Page 2 of 4
Case 1:15-cv-00427-PLM Doc #14 Filed 08/05/15 Page 1 of 3 PageID #84

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UUSI, LLC, a Michigan limited liability company

    Plaintiff,

Case No. 1:15-cv-00427

v.

Hon. Paul L. Maloney

LOREN STIEG, S&S INNOVATIONS CORP., A
Colorado corporation; and TATTLER REUSABLE
CANNING LIDS, LLC, a Michigan limited liability
company,

    Defendants.

_____/

| | |
|---|---|
| K. Dino Kostopoulos (P57071)<br>Kostopoulos Rodriguez, PLLC<br>Attorney for Plaintiff<br>550 West Merrill Street, Suite 100<br>Birmingham, Michigan 48009<br>(248) 268-7800<br>dino@korolaw.com<br><br>Kenneth B. Morgan (P34492)<br>Campbell Morgan, PLC<br>Co-Counsel for Plaintiff<br>180 High Oak Drive, Suite 202<br>Bloomfield Hills, Michigan 48304<br>(248) 594-6341<br>kbmorgan@camorlaw.com | Michael A. Figliomeni (P36206)<br>Roger Wotila (P22561)<br>McCurdy, Wotila & Porteous,<br>Professional Corporation<br>Attorneys for Defendants, Loren Stieg<br>and Tattler Reusable Canning Lids, LLC, a<br>Michigan limited liability company<br>120 West Harris Street<br>Cadillac, Michigan 49601<br>(231) 775-1391<br>mike@mwplegal.com<br>roger@mwplegal.com |

_____/

## STIPULATION AND ORDER

Plaintiff, UUSI, LLC, a Michigan limited liability company, and Defendants, Loren Stieg and Tattler Reusable Canning Lids, LLC, a Michigan limited liability company, by and through their respective counsel, and hereby stipulate as follows:

Case 1:18-cv-01377-PLM-PJG ECF No. 20 filed 03/04/20 PageID.389 Page 7 of 12
Case 1:18-cv-01377-HYJ-PJG ECF No. 54-29 filed 09/30/20 PageID.843 Page 3 of 4
Case 1:15-cv-00427-PLM Doc #14 Filed 08/05/15 Page 2 of 3 PageID #85

1. Both Plaintiff and Defendant, Loren Stieg, claim majority ownership of the issued and outstanding shares of Defendant, S&S Innovations Corp.

2. Plaintiff has stated a claim against Defendant S&S Innovations Corp. for funds extended on behalf of Defendant S&S Innovations Corp.

3. Plaintiff has requested a declaratory judgment from this Court (pursuant to Count II of the Complaint) as to its status, relative to Defendant Stieg, as the majority owner of Defendant, S&S Innovations Corp. or, in the alternative, its priority over Defendant Stieg with respect to the Defendant, S&S Innovations Corp. assets acquired or preserved by Plaintiff's payments to third parties on behalf of Defendant, S&S Innovations Corp.

4. The parties have recognized, that until this Court declares the rights of the Plaintiff and Defendant, Loren Stieg, as it relates to the majority ownership of the shares of Defendant, S&S Innovations Corp., neither Plaintiff nor Defendant, Loren Stieg, can a) ethically represent the interests of Defendant, S&S Innovations Corp., or b) can obtain the legal authority to do so.

5. With this Court's permission, the parties agree that Plaintiff will not default Defendant, S&S Innovations Corp. until such time as this Court determines the pending claim for declaratory relief, which is set forth in Count II of Plaintiff's complaint.

6. The parties request this Court order a Pre-trial Conference pursuant to Local Civil Rule 16.

Case 1:18-cv-01377-PLM-PJG ECF No. 29 filed 03/04/20 PageID.390 Page 8 of 12
Case 1:18-cv-01377-HYJ-PJG ECF No. 54-29 filed 09/30/20 PageID.844 Page 4 of 4
Case 1:15-cv-00427-PLM Doc #14 Filed 08/05/15 Page 3 of 3 PageID #86

Dated: August 5, 2015

/s/ K. Dino Kostopoulos
K. Dino Kostopoulos (P57071)
Kostopoulos Rodriguez, PLLC
550 West Merrill Street, Suite 100
Birmingham, Michigan 48009
(248) 268-7800
dino@korolaw.com
*Attorneys for Plaintiff*

Dated: August 5, 2015

/s/ Michael A. Figliomeni
Michael A. Figliomeni (P36206)
McCurdy, Wotila & Porteous,
Professional Corporation
120 West Harris Street
Cadillac, Michigan
49601
(231) 775-1391
mike@mwplegal.com
*Attorneys for Defendants, Loren
Stieg and Tattler Reusable Canning
Lids, LLC, a Michigan limited liability
company*

## ORDER

The parties, having stipulated and agreed:

IT IS ORDERED, that Plaintiff shall not default Defendant, S&S Innovations Corp. until such time as this Court determines the pending claim for declaratory relief.

IT IS FURTHER ORDERED, that a Pretrial Conference pursuant to Local Civil Rule 16 be scheduled as soon as practical.

Dated: _____, 2015

_____
Honorable Paul L. Maloney