# EXHIBIT 26

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OSCEOLA

UUSI, LLC, a Michigan limited
liability company,

File No. 16-14662-CK

Plaintiff,

v

LOREN STIEG, S&S INNOVATIONS CORP.,
a Colorado corporation; and TATTLER REUSABLE
CANNING LIDS, LLC, a Michigan limited liability
company,

Defendants.

_____/

FILED
OSCEOLA COUNTY
NOV 04 2016
CIRCUIT COURT
CLERK

K. Dino Kostopoulos (P57071)
Elizabeth L. Sokol (P51288)
Kostopoulos Rodriguez, PLLC
Attorneys for Plaintiff
550 West Merrill Street, Suite 100
Birmingham, Michigan 48009
(248) 268-7800

FILED
OSCEOLA CO___
NOV 0 ___
CIRCUIT COURT
CLERK

Michael A. Figliomeni (P36206)
Roger Wotila (P22561)
McCURDY, WOTILA & PORTEOUS,
Professional Corporation
Attorneys for Defendants, Loren Stieg and
Tattler Reusable Canning Lids, LLC
120 West Harris Street
Cadillac, Michigan 49601
(231) 775-1391

_____/

## STIPULATION AND ORDER REGARDING
## DEFENDANT, S&S INNOVATIONS CORP.

Plaintiff, UUSI, LLC, a Michigan limited liability company, and Defendants, Loren Stieg and Tattler Reusable Canning Lids, LLC, a Michigan limited liability company, by and through their respective counsel, and hereby stipulate as follows:

1. Both Plaintiff and Defendant, Loren Stieg, claim majority ownership of the issued and outstanding shares of Defendant, S&S Innovations Corp.

2. Plaintiff has stated a claim against Defendant, S&S Innovations Corp., for funds extended on behalf of Defendant, S&S Innovations Corp.

3. Plaintiff has requested a declaratory judgment from this Court as to its status, relative to Defendant Stieg, as the majority owner of the Defendant, S&S Innovations Corp., or, in the alternative, its priority over Defendant Stieg with respect to the Defendant, S&S Innovations Corp., assets acquired or preserved by Plaintiff's payments to third parties on behalf of Defendant, S&S Innovations Corp.

4. The parties have recognized, that until this Court declares the rights of the Plaintiff and Defendant, Loren Stieg, as it relates to the majority ownership of the shares of Defendant, S&S Innovations Corp., neither Plaintiff nor Defendant, Loren Stieg, can a) ethically represent the interests of Defendant, S&S Innovations Corp., or b) obtain the legal authority to do so.

5. With this Court's permission, the parties agree that Plaintiff will not default Defendant, S&S Innovations Corp. until such time as this Court determines the pending claim for declaratory relief, which is set forth in Plaintiff's complaint and the Corporation is given a reasonable opportunity to file its answer if necessary.

Dated: October 20, 2016

KOSTOPOULOS RODRIGUEZ, PLLC

By: /s/ Dino Kostopoulos
K. Dino Kostopoulos (P57071) *w/ Consent*
Attorneys for Plaintiff

2

Dated: October 20, 2016

McCURDY, WOTILA & PORTEOUS,
Professional Corporation

By: /s/ Michael A. Fighomeni
Michael A. Fighomeni (P36206)
Attorneys for Defendants, Loren Stieg and Tattler Reusable Canning Lids, LLC, a Michigan limited liability company

## ORDER

At a session of Court held in the Courthouse in the City of Reed City, Osceola County, Michigan on November 4, 2016

PRESENT: HONORABLE SCOTT HILL-KENNEDY, Circuit Court Judge

The parties having stipulated and agreed:

IT IS ORDERED, that Plaintiff shall not default Defendant, S&S Innovations Corp., until such time as this Court determines the pending claim for declaratory relief.

SO ORDERED.

Dated: November 4, 2016

/s/ Scott Hill-Kennedy
Honorable Scott Hill-Kennedy
Circuit Court Judge

G:\CLIENTS\Stieg, Loren\Circuit Court Action\Pleadings\Stipulation and Order re S&S.docx

ATTEST: A TRUE COPY
11/7/16 TMB
CLERK of OSCEOLA COUNTY

3