# EXHIBIT 27

| Plaintiff S&S Innovations Corp.'s website at www.reusablecanninglids.com | Defendants' website at www.tattlerproducts.com |
|---|---|
| Homepage | Homepage |







Shop Page on Plaintiff's Homepage



Shop Page on Defendants' Homepage





## Excerpt of testimonials on Plaintiff's website

I've found you!! I first used your lids in 1976 when I went "homesteading" in Idaho. Like everyone else that went to live on the land I expected to be living in the wilderness and reusable products were just what I was looking for. I used your lids for ten years and wore the rubber rings out.

Life took me in another direction and I stopped canning for ten years. I have been back to gardening and canning for some years now but only occasionally used your lids for my salt pickles. The years took a toll on the rubber rings still usable and the number of lids I have left, but I often looked with fond memories at the two boxes of Tattler lids in the bottom of my canning supply drawer and remember all the fun I had producing my own food. Although the rubber rings are all but worn out I could not make myself throw the remaining lids away. You see, I thought they were no longer made.

I had just finished my last batch of peach jam when I grabbed one of the two boxes of Tattler lids to see what I could do on the Internet. The rest you know. I'll take stock of my needs and send my order. Thank you for the fun.

**Eligius W.**

Date: Thursday, February 28, 2013, 11:57 am  From: Duddie
To: info@reusablecanninglids.com
Subj: Love Letter

"On a scale of 1 – 10 I'll give Tattler Reusable Lids an 11! I begged my Hungry Hubby to buy them for me and he obliged with a case of wide mouth and a case of regular mouth and I'm going to order more! The lids were perfect sealers for me on my first adventure with them with one exception and that was my fault. I canned grapefruit supremes and grapefruit juice and one of the juices failed. I had over-filled the jar (gotta get that last drop in!) and did not give it proper head-space. If you've ever had a Tattler Reusable Lid fail you and you have ruled out the usual suspects, try under-filling them just a tad. When these lids seal they really suck down far and I think a teeny bit more head-space than usual is needed. So, I'll give them a perfect score and spend the rest of the day wondering how many metal lids I have thrown away over the many years I've been canning! I wish I knew about Tattler Lids when they first were manufactured but I'm glad I found them now. AND they are dishwasher safe!"

**Signed, Duddie**

## Excerpt of testimonials on Defendants' website

I first used your lids in 1976 when I went "homesteading" in Idaho. Like everyone else that went to live on the land I expected to be living in the wilderness and reusable products were just what I was looking for.

Life took me in another direction and I stopped canning for ten years. I have been back to gardening and canning for some years now but only occasionally used your lids for my salt pickles. The years took a toll on the rubber rings still usable and the number of lids I have left, but I often looked with fond memories at the two boxes of Tattler lids in the bottom of my canning supply drawer and remember all the fun I had producing my own food. Although the rubber rings are all but worn out I could not make myself throw the remaining lids away. You see, I thought they were no longer made.

I had just finished my last batch of peach jam when I grabbed one of the two boxes of Tattler lids to see what I could do on the Internet. The rest you know. I'll take stock of my needs and send my order. Thank you for the fun."

Eligius W.

"On a scale of 1 – 10 I'll give Tattler Reusable Lids an 11! I begged my Hungry Hubby to buy them for me and he obliged with a case of wide mouth and a case of regular mouth and I'm going to order more! The lids were perfect sealers for me on my first adventure with them with one exception and that was my fault. I canned grapefruit supremes and grapefruit juice and one of the juices failed. I had over-filled the jar (gotta get that last drop in!) and did not give it proper head-space. If you've ever had a Tattler Reusable Lid fail you and you have ruled out the usual suspects, try under-filling them just a tad. When these lids seal they really suck down far and I think a teeny bit more head-space than usual is needed. So, I'll give them a perfect score and spend the rest of the day wondering how many metal lids I have thrown away over the many years I've been canning! I wish I knew about Tattler Lids when they first were manufactured but I'm glad I found them now. AND they are dishwasher safe!"

Duddie