UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

S&S INNOVATIONS CORP.,                          Case No. 18-cv-01377-PLM-PJG
A Colorado Corporation,

                                                Honorable Paul L. Maloney
        Plaintiff,

v.                                              Magistrate Phillip J. Green

UUSI, LLC, d/b/a Nartron, a Michigan
Limited Liability Company, TATTLER
HOME PRODUCTS, LLC, a Michigan
Limited Liability Company, and NORMAN
RAUTIOLA, an individual.

        Defendants.

---

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(b)(ii)

Plaintiff, S&S Innovations Corp., by and through its counsel, Kuiper Kraemer PC and

Oppenhuizen Law PLC, hereby certifies that in compliance with Local Rule 7.2(b)(ii), its brief in

support of the Motion for Summary Judgment contains 10,522 words, exclusive of the case

caption, cover sheets, table of contents, table of authorities, signature block, attachments, exhibits,

and any affidavits.  This word count was calculated using the "Word Count" function of Microsoft

Word, Version 16.41.

Dated:  September 30, 2020          KUIPER KRAEMER PC
                                    Attorney for Plaintiff

                                    By: /s/ Nicholas V. Dondzila
                                          Nicholas V. Dondzila (P73937)

                                    BUSINESS ADDRESS AND TELEPHONE:
                                        180 Monroe Avenue
                                        Suite 400
                                        Grand Rapids, MI 49503
                                        (T): (616) 454-3700
                                        dondzila@k2legal.com

Dated:  September 30, 2020   OPPENHUIZEN LAW PLC
            Attorney for Plaintiff

            By: /s/ David L. Oppenhuizen
               David L. Oppenhuizen (P70219)

            BUSINESS ADDRESS AND TELEPHONE:
              146 Monroe Center St NW
              McKay Tower, Suite 730
              Grand Rapids, MI 49503
              (T) (616) 242-9550
              david@oppenhuizen.com