UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S&S INNOVATIONS CORP.,

    Plaintiff,                                   Case No. 1:18-cv-1377

v.                                               Hon. Hala Y. Jarbou

UUSI, LLC, et al.,

    Defendants.
_____/

## **ORDER**

On February 18, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that attorney Kenneth Morgan be held in contempt for failure to appear at the February 11, 2021, motion hearing and for failure to comply with the Court's order compelling his appearance at the February 17, 2021, show-cause hearing, as well as for the several violations of this Court's orders as outlined in the R&R. (ECF No. 94). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 4, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 94) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that attorney Kenneth Morgan is held in contempt of Court and is sanctioned in the amount of $3,000, payable to the Clerk of the Court within 30 days of this order.

Date:  March 5, 2021                          /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    UNITED STATES DISTRICT JUDGE