UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

S&S INNOVATIONS CORP.,

    Plaintiff,

v.

UUSI, LLC, et al.,

    Defendants,

_____/

Hon. Hala Y. Jarbou

Case No. 1:18-cv-01377-HYJ-PJG

## **ORDER**

This matter is before the Court on two motions filed by the Plaintiff; Renewed Motion to to Compel *Discovery* Responses (ECF No. 110) and Motion to Withdraw Motion to Compel *Discovery* Responses.  (ECF No. 119).

On March 18, 2021, the Court held a hearing regarding Plaintiff's pending motion to compel, at which time the motion was held in abeyance while the parties meet to resolve the discovery disputes.  (*See Minutes*, ECF No. 116).

On that same date the Court set a Status Conference for March 25, 2021, to discuss the outcome of the parties meeting.  (ECF No. 115).

On March 24, 2021, Plaintiff filed a motion to withdraw their pending motion to compel advising that the parties met in-person on March 23, 2021, at which time they were able to resolve a large portion of the discovery issues and no longer require additional court intervention.  (ECF No. 119).  Defendants concur with the relief

sought. (ECF No. 120). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw (ECF No. 119) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion to Compel Discovery Responses (ECF No. 110) is hereby **WITHDRAWN** without prejudice.

**IT IS FURTHER ORDERED** that the Status Conference set in this matter for March 25, 2021, at 10:00 a.m. before Magistrate Judge Phillip J. Green is hereby **CANCELLED**.

**IT IS SO ORDERED**.

Date: March 24, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge