UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S&S INNOVATIONS CORP.,

       Plaintiff,                     Case No. 1:18–cv–1377

   v.                                Hon. Hala Y. Jarbou

UUSI, LLC, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   June 17, 2021   09:00 AM
District Judge:   Hala Y. Jarbou
Place/Location:   128 Federal Building, Lansing, MI

                                  HALA Y. JARBOU
                                  United States District Judge

Dated:  June 16, 2021       By:   /s/ Hannah A. Wagener
                                        Case Manager