UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

S&S INNOVATIONS CORP.,

    Plaintiff,

v.

UUSI, LLC, et al.,

    Defendants,

_____/

Hon. Hala Y. Jarbou

Case No. 1:18-cv-01377-HYJ-PJG

## ORDER

The parties have reached a settlement of all claims in this case. The terms of the settlement agreement are confidential. The essential terms of that settlement agreement were reduced to writing and signed by the parties today.[1] (Minutes, ECF No. 244). In open Court, the parties attested to their respective understanding of, and assent to, those terms. The parties have expressed an intent to enter into a more expansive confidential settlement agreement and release ("Confidential Agreement"). The parties are, of course, free to do so. Time is of the essence, however. Accordingly,

**IT IS ORDERED** that the parties and their counsel shall appear in person before the undersigned judicial officer at **10:00 a.m. on Monday, June 21, 2021**, at 601 Federal Building, Grand Rapids, Michigan, to address any remaining issues concerning compliance with the settlement agreement reached today.

---

[1] The undersigned is maintaining a copy of the signed agreement in a confidential file.

**IT IS FURTHER ORDERED** that, should the undersigned judicial officer receive by email (at the email address provided to counsel) a fully executed copy of the Confidential Agreement by **6:00 p.m. Sunday, June 20, 2020**, the parties and their counsel are relieved of their obligation to appear in Court on June 21, 2021.

**Failure of any party or counsel to appear on June 21, 2021 – absent the undersigned's timely receipt of the Confidential Agreement – may result in sanctions, including contempt of Court.**

**IT IS SO ORDERED.**

Date: June 18, 2021                                   /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge